[No. 3722–2.   Division Two.   October 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
F. COPPOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 67222, John W. Schumacher, J.,
entered October 11, 1978. *Affirmed* by unpublished opinion
per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3022–3.   Division Three.   October 30, 1979.]

LOCAL UNION 21, INTERNATIONAL GUARDS UNION OF
AMERICA, *Appellant,* v. ATLANTIC RICHFIELD
HANFORD COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 32495, Daniel Hurson, J. Pro Tem.,
entered August 3, 1978. *Affirmed* by unpublished opinion
per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 3636–2.   Division Two.   October 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY
JAMES SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6522, Frank L. Price, J., entered July
6, 1978. *Affirmed* by unpublished opinion per Soule, J.,
concurred in by Pearson, C.J., and Reed, J.